```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN A. SCHAEFER,

                Plaintiff,

-v-

MODERN RESTAURANT
CORPORATION OF NEW YORK, *et al.*,

                Defendants.

No. 09 Civ. 5729 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court held a settlement conference in the above-captioned matter on September 24, 2009. IT IS HEREBY ORDERED THAT the parties — clients and counsel — shall appear before the Court for a follow-up settlement conference on September 30, 2009 at 2:30 p.m. IT IS FURTHER ORDERED THAT the parties shall submit a joint letter containing the material facts and attaching the relevant documents by September 28, 2009.

SO ORDERED.

DATED:    September 25, 2009
                New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE